02/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:                                                                                                 Case No:

    Velsicol Chemical LLC

                                                                                                                          Chapter:   11

                          Debtor

## Certification of Relatedness

The undersigned attorney certifies that:

1. (a) __3__ cases are being filed under Chapter __11__ that are related to each other; and/or

   (b) ____ cases are being filed under Chapter ____ that are related to case(s) now pending, and

2. The cases are related because:

   ☐ the debtors are husband and wife; or
   ☐ the debtor was a debtor in a previous case under Chapter 11; or
   ☒ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification:   September 21, 2023      Attorney's signature:   /s/ Jeffrey M. Schwartz