Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
Velsicol Chemical LLC ) Case No. 23-12544
)
) Chapter 11
)
)
Debtor(s) )

**Certification of Relatedness**

The undersigned attorney certifies that:

1. __3__ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✔] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
   23-12544  In Re: Velsicol Chemical LLC
   23-12548  In Re: Velsicol Chemical Holdings Corporation
   23-12552  In Re: Resnovae Holdings Corporation

Date of certification: 09/21/2023         Attorney's Signature: /s/ Jeffrey M. Schwartz

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam