**Annex 2**

**Potentially Parties in Interest**

## Exhibit 2

### Interested Parties List

| Description | Name of Entity |
|---|---|
| Debtor and Debtor Related Entities | Resnovae Holdings Corporation |
| Debtor and Debtor Related Entities | Velsicol Chemical Holdings Corporation |
| Debtor and Debtor Related Entities | Velsicol Chemical LLC |
| Debtor Related Entities | Memphis Environmental Center Inc |
| Debtor Related Entities | Velsicol Chemical Ireland Limited |
| Debtor Related Entities | Velsicol Denovo Recycling LLC |
| Debtor's Counsel | Much Shelist P.C. |
| Debtor's Financial Advisor | GlassRatner Advisory & Capital Group LLC dba B. Riley Advisory Services |
| Debtor's Claims & Noticing Agent | BMC Group Inc |
| Judge | David Cleary |
| SubChapter V Trustee | Matthew Brash |
| US Trustee | Grethen Silver |
| UST -Assistant U.S. Trustee | Adam Brief |
| UST -Paralegal Specialist | Patricia Brasier |
| UST -Paralegal Specialist | Michelle M. Engel |
| UST -Trial Attorney | Spencer Ezell |
| UST -Trial Attorney | Jeffrey L. Gansberg |
| UST -Paralegal Specialist | Teresa Gomez |
| UST -Bankruptcy Auditor | Andrew Hunt |
| UST -Bankruptcy Analyst | Keith E. Manikowski |
| UST -Paralegal Specialist | Rita Mierzwa |
| UST -Paralegal Specialist | Roman I. Motley |
| UST -Bankruptcy Analyst | Jeremiah Nelson |
| UST -Bankruptcy Auditor | Ifeoma Oraegbu |
| UST -Trial Attorney | Suhey Ramirez |
| UST -Trial Attorney | Jeffrey Snell |
| UST -Trial Attorney | Roman L. Sukley |
| UST -Bankruptcy Analyst | Thomas Thornton |
| UST -Bankruptcy Auditor | Jennifer Toth |
| UST -Bankruptcy Auditor | John Vassos |
| UST -Legal Assistant | Connie Jean Warner |
| UST -Legal Assistant | Marie Yapan |
| Chief Judge | A. Benjamin Goldgar |
| Judge | Janet S. Baer |
| Judge | Timothy A. Barnes |
| Judge | Donald R. Cassling |

| | |
|---|---|
| Judge | Jacqueline P. Cox |
| Judge | Thomas M. Lynch |
| Judge | Deborah L. Thorne |
| Debtor's Equity Holder | George Harvell |
| Debtor's Equity Holder | Harvell Trust |
| Debtor's Equity Holder | Horn Trust |
| Debtor's Equity Holder | John Bonsor |
| Debtor's Equity Holder | JPB 2012 Trust |
| Debtor's Equity Holder | SAF 2012 Trust |
| Debtor's Equity Holder | Sherman Friedman |
| Debtor's Equity Holder | Tim Horn |
| Debtor's Equity Holder | Wood Leu Trust |
| 20 Largest Unsecured | Adama Anpon (Jiangsu) Ltd. |
| 20 Largest Unsecured | Adams Warehouse & Delivery |
| 20 Largest Unsecured | American Express |
| 20 Largest Unsecured | ECOD Specialties (Wuhan) Co., Ltd |
| 20 Largest Unsecured | Germer PLLC |
| 20 Largest Unsecured | InterAtlas Logistics, Inc. |
| 20 Largest Unsecured | Lewis Rice |
| 20 Largest Unsecured | Memphis Light Gas and Water Division |
| 20 Largest Unsecured | Nymco S.p.A. |
| 20 Largest Unsecured | Phillips Lytle LLP |
| 20 Largest Unsecured | Plunkett Cooney |
| 20 Largest Unsecured | Quarles Service Systems, Inc. |
| 20 Largest Unsecured | Sandberg Phoenix & Von Gontard P.C. |
| 20 Largest Unsecured | Senator International B.V. |
| 20 Largest Unsecured | The Mosaic Financial Group LLC |
| 20 Largest Unsecured | Wells Fargo Vendor Services, LLC |
| 20 Largest Unsecured | Wheels, Inc. |
| 20 Largest Unsecured | WSP USA Inc. |
| 20 Largest Unsecured | Wuhan Youji Industries Co., Ltd |
| Litigation Parties | Acevedo Settlement Fund 3 |
| Litigation Parties | American International Specialty Lines Insurance Company |
| Litigation Parties | Arlington Blending and Packaging |
| Litigation Parties | ChemDyne |
| Litigation Parties | ChemDyne Trust |
| Litigation Parties | B&T Drainage |
| Litigation Parties | Martha Farr |
| Litigation Parties | Barnes & Thornburg LLP |
| Litigation Parties | Chem-Dyne Trust |
| Litigation Parties | Chubb / Westchester Insurance |

| Litigation Parties | deMaximis Inc |
|---|---|
| Litigation Parties | District of Columbia, Attorney General |
| Litigation Parties | Eastman Chemical Company |
| Litigation Parties | EisnerAmper LLP |
| Litigation Parties | Environmental Protection Agency |
| Litigation Parties | EPA Hazardous Substance Superfund |
| Litigation Parties | French LTD |
| Litigation Parties | Fruit of the Loom Inc |
| Litigation Parties | Glenn Springs Holding Inc. |
| Litigation Parties | Great Lakes and Energy |
| Litigation Parties | Hardeman County Landfill Superfund Site |
| Litigation Parties | IP Investments, LLC |
| Litigation Parties | John Wise |
| Litigation Parties | Le Petomane, Inc. |
| Litigation Parties | Mathis Brothers |
| Litigation Parties | Michigan Department of Environment |
| Litigation Parties | Midco Remedial Corporation |
| Litigation Parties | Monsanto Company |
| Litigation Parties | Motco Inc |
| Litigation Parties | National Oceanic and Atmospheric Adminstration of the Department of Commerce |
| Litigation Parties | New FOL Inc |
| Litigation Parties | New Jersey Department of Environmental Protection |
| Litigation Parties | Nigel Austin Disbursement agent |
| Litigation Parties | Nijman Franzetti LLP |
| Litigation Parties | Nuclear Regulatory Commission |
| Litigation Parties | NWI Land Management Corp. |
| Litigation Parties | Occidental Petroleum |
| Litigation Parties | Pine River Superfund |
| Litigation Parties | Postlethwaite & Netterville CPA |
| Litigation Parties | Robert Meeks |
| Litigation Parties | Shaver's Farm Superfunds Site |
| Litigation Parties | Shumaker, Loop & Kendrick, LLP |
| Litigation Parties | Skinner Landfill |
| Litigation Parties | South Marble Top Road Landfill Superfund Site |
| Litigation Parties | Syngenta |
| Litigation Parties | Tennessee Products Superfund Facility |
| Litigation Parties | Terminix International, Inc |
| Litigation Parties | The Administrator of The New Jersey Spill Compensation Fund |

| | |
|---|---|
| Litigation Parties | The Commissioner of The New Jersey Department Of Environmental Protection |
| Litigation Parties | Transporation Insurance Co |
| Litigation Parties | Travelers Insurance |
| Litigation Parties | True Specialty Corporation |
| Litigation Parties | VEF Management Superannuation Fund |
| Litigation Parties | William Bell |
| Litigation Parties | Wise Properties |
| Law Firm | Austin Law PLLC |
| Law Firm | Baker Donelson |
| Law Firm | Davis Wright Tremaine LLP |
| Law Firm | Fitch, Even, Tabin & Flannery LLP |
| Law Firm | Fucile & Reising LLP |
| Law Firm | Gieger, Laborde & Laperouse, LLC |
| Law Firm | Goodman Law Group |
| Law Firm | Greensfelder, Hemker & Gale, PC |
| Law Firm | Hahn Loeser & Parks LLP |
| Law Firm | Hollingsworth LLP |
| Law Firm | K&L Gates LLP |
| Law Firm | Kazmarek Mowrey Cloud Laseter LLP |
| Law Firm | Kean Miller LLP |
| Law Firm | Mayer Brown Europe Brussels LLP |
| Law Firm | Miller & Martin PLLC |
| Law Firm | Miller, Canfield, Paddockand Stone, PLC |
| Law Firm | Phillips Nizer LLP |
| Law Firm | Ponticelli & Vito |
| Law Firm | Provost Umphrey Law Firm, L.L.P., as Trustee |
| Law Firm | Schirrmeister Diaz-Arrastia Brem LLP |
| Law Firm | Schwartz, Junell, Greenberg & Oathout, LLP |
| Law Firm | Sheehy, Ware & Pappas P.C. |
| Law Firm | Sheehy, Ware & Pappas P.C. Trust Account |
| Law Firm | Shrader & Associates in trust for Walter Sherman |
| Law Firm | Stahl Cowen Crowley Addis LLC |
| Law Firm | The Claro Group, LLC |
| Law Firm | The Gori Law Firm, in trust for Jimmy Bostick |
| Law Firm | The Gori Law Firm, in trust for Melissa Myrick |
| Law Firm | Vorys, Sater, Seymour and Pease LLP |
| Depository | Bank of America |
| Depository | Pershing Advisor Solutions LLC |

| Depository | TMI Trust Company |
|---|---|
| Depository/Trustee | Bank of New York Mellon |
| Governmental Authority | Ann Harris Bennett |
| Governmental Authority | Chattanooga City Treasurer |
| Governmental Authority | Chattanooga Gas |
| Governmental Authority | City of Chattanooga |
| Governmental Authority | City of Chattanooga Sewer Revenue Fund |
| Governmental Authority | City of Marshall |
| Governmental Authority | City of Memphis |
| Governmental Authority | Clark County Collector |
| Governmental Authority | Comptroller of Public Accounts |
| Governmental Authority | Construction Code Enforcement |
| Governmental Authority | Cook County Department of Revenue |
| Governmental Authority | Cook County Treasurer |
| Governmental Authority | Delaware Division of Revenue |
| Governmental Authority | Delaware Secretary of State |
| Governmental Authority | Division of Planning & Development/ OCCE |
| Governmental Authority | Florida Department of Revenue |
| Governmental Authority | Florida Department of State |
| Governmental Authority | Franchise Tax Board |
| Governmental Authority | Hamilton County Trustee |
| Governmental Authority | Illinois Department of Employment Security |
| Governmental Authority | Illinois Department of Revenue |
| Governmental Authority | Illinois EPA |
| Governmental Authority | Illinois Secretary of the State |
| Governmental Authority | Internal Revenue Service |
| Governmental Authority | Memphis and Shelby County Office of Construction Code Enforcemen |
| Governmental Authority | New Jersey Division of Revenue |
| Governmental Authority | New Jersey Division of Taxation |
| Governmental Authority | Ohio Environmental Protection Agency |
| Governmental Authority | Shelby County Clerk |
| Governmental Authority | Shelby County Health Department |
| Governmental Authority | Shelby County Health Department Pollution Control |
| Governmental Authority | Shelby County Trustee |
| Governmental Authority | State of New Jersey |
| Governmental Authority | State of New Jersey -Division of Taxation |
| Governmental Authority | State of Tennessee Department of Environment and Conservation |
| Governmental Authority | Tennessee Department of Environment & Conservation |

| | |
|---|---|
| Governmental Authority | Tennessee Department of Revenue- Andrew Jackson State Office Building |
| Governmental Authority | Tennessee Secretary of State |
| Governmental Authority | Treasurer- State of Ohio |
| Governmental Authority | Treasurer, City of Memphis |
| Governmental Authority | Treasurer, State of Tennessee |
| Governmental Authority | United States Treasury |
| Governmental Authority | Wisconsin Department of Revenue |
| E & E Related | Chattanooga Pension fund |
| E & E Related | Empower |
| E & E Related | Nova 401(k) Associates |
| E & E Related | Pace Industry Union Pension fund |
| E & E Related | PBGC insurance fund |
| E & E Related | Pension Benefit Guaranty Corporation |
| E & E Related | United Steel Workers Union |
| Trade | AAA Safe & Lock Co. Inc |
| Trade | ACE American Insurance Co |
| Trade | ACE Group |
| Trade | Ace Lock & Key Inc. |
| Trade | Adhesive and Sealant Council |
| Trade | ADP, LLC |
| Trade | AIG property casualty |
| Trade | Airgas |
| Trade | Alchemy Tech Inc. |
| Trade | Aliant |
| Trade | Allnex Belgium SA/NV |
| Trade | Alpha Technical Services |
| Trade | American Casualty Co. of Reading, PA |
| Trade | American Chemistry Council |
| Trade | AmeriGas |
| Trade | Angle180 Inc. |
| Trade | Aon |
| Trade | Aramark |
| Trade | Arch Insurance Co |
| Trade | Arendt Consulting Inc |
| Trade | Argonaut Insurance Company |
| Trade | Arsenal Capital |
| Trade | Ascend Technologies LLC |
| Trade | Ashland Inc. |
| Trade | Aspiatry, LLC |
| Trade | AT&T Mobility |
| Trade | ATC Group Services, LLC |

| Trade | Axis |
|---|---|
| Trade | Axpen |
| Trade | B & J Distribution |
| Trade | B & J Parking and Storage |
| Trade | Backflow Sales & Service |
| Trade | Becker Logistics LLC |
| Trade | Bill Arendt |
| Trade | Boasso America Corporation |
| Trade | Brenntag Latin America |
| Trade | Brenntag North America, Inc. |
| Trade | Business Products, Inc. |
| Trade | BW Lawn Service LLC |
| Trade | C/O Howard B. Samuels |
| Trade | CA Shea & Company Inc |
| Trade | Cardinal Logistics Management Corp |
| Trade | Cargo Gate International Inc |
| Trade | Carthage College |
| Trade | Central Chemical Site Trust Fund |
| Trade | Chambliss, Bahner & Stophel, P.C. |
| Trade | Charles River Labiratories Ashland, LLC |
| Trade | Chastain & Associates LLC |
| Trade | Chattanooga Times Free Press |
| Trade | Chemtrec |
| Trade | Chika |
| Trade | Choate's Air Conditioning and Heating Inc. |
| Trade | Chubb |
| Trade | Chubb Group |
| Trade | City Ocean Intl Inc., (New Jersey Office) |
| Trade | Clean Earth Systems, Inc. |
| Trade | Clean Harbours Env. Services |
| Trade | Cliff Frisby |
| Trade | CLX Logistics |
| Trade | CNA Insurance Companies |
| Trade | Coalition |
| Trade | Cobb Plumbing Company, Inc. |
| Trade | Comcast |
| Trade | Complete Environmental Products |
| Trade | Compton Surveying Inc |
| Trade | Contec Services, Inc. |
| Trade | Converged Communication Systems |
| Trade | Corporation Service Company |
| Trade | Correia Da Silva |

| Trade | Crestwood Associates LLC |
|---|---|
| Trade | Crowe LLP |
| Trade | CSC |
| Trade | CT Corporation |
| Trade | CTC Logistics (Canada) Inc. |
| Trade | CTG Warehouse |
| Trade | CTI Engineers |
| Trade | Cytec Surface Specialties SA |
| Trade | Davis Vision |
| Trade | De Well Container Shipping, Inc. |
| Trade | Deborah Shelley Harrison |
| Trade | Deborah Shelley LaHoda |
| Trade | Deborah Shelley O'Driscoll |
| Trade | Delta Dental of Illinois- Risk |
| Trade | Delta Materials Handling, Inc. |
| Trade | Deluxe for Business |
| Trade | Demar Logistics, Inc. |
| Trade | Denovo Constructors, Inc. |
| Trade | DEX Imaging |
| Trade | Dillard Door and Security |
| Trade | Direct Copiers and Fax Co. Inc. |
| Trade | Dispute Resolution Management, Inc. |
| Trade | DoWilco Advertising Inc. |
| Trade | Draingo Plumbing |
| Trade | DSV Road, Inc |
| Trade | Easterly Research |
| Trade | EcoNomic Erosion Control, LLC |
| Trade | ECS Inc. |
| Trade | Electric Power Board |
| Trade | Electro Design Engineering, Inc. |
| Trade | Empire Global Lines, Inc |
| Trade | Euler Hermes North America Insurance Company |
| Trade | Eurotainer |
| Trade | Evans Delivery Company Inc. |
| Trade | Experitec, Inc. |
| Trade | Express Container Service |
| Trade | Exsif Worldwide, Inc. |
| Trade | FedEx |
| Trade | FedEx Freight |
| Trade | Fine Line Transport |
| Trade | Fine Line Warehousing & Distribution LLC |

| | |
|---|---|
| Trade | Fisher & Arnold Inc. |
| Trade | Fitacrest |
| Trade | FP Mailing Solutions |
| Trade | Francis Associates |
| Trade | French Ltd. Site LT Trust Fund |
| Trade | Frontier Communications |
| Trade | Fusion Cloud Services, LLC |
| Trade | FW Warehousing |
| Trade | G4S Secure Solutions (USA) Inc |
| Trade | GAL Group Inc. |
| Trade | Galapagos Industial Park LLC |
| Trade | GATX Corporation |
| Trade | GD Air Testing Inc. |
| Trade | General Plumbing Co. Inc. |
| Trade | Geosyntec Consultants |
| Trade | Gibson Propane |
| Trade | Global Freight Services USA LLC |
| Trade | Gori Julian in trust for Reuben Fitzgerald |
| Trade | Grainger |
| Trade | Guidi Lawn Service |
| Trade | Harco National Insurance Company |
| Trade | Heath Care Service Corporation |
| Trade | Hemisphere Freight Services Limited |
| Trade | Hobson & Bradley, as Trustee |
| Trade | Holland (HMES) |
| Trade | Holmes Services |
| Trade | Howard Industries, Inc. |
| Trade | IHS Global Inc. |
| Trade | Illinois Union Insurance Co |
| Trade | IMG Technologies Inc. |
| Trade | Impact Networking, LLC |
| Trade | Imperial Security Service, Inc. |
| Trade | Indemnity Insurance of North America |
| Trade | Infinisource, Inc. |
| Trade | Insperity Inc |
| Trade | Instone Trucking |
| Trade | International Fidelity Insurance Company |
| Trade | IsoChem Logistics LLC |
| Trade | J.A. King |
| Trade | Jake Marshall Service, Inc. |
| Trade | JDH Company Inc |
| Trade | JDY International Inc |

| Trade | Jeff Busche |
|---|---|
| Trade | Jeff Thomas |
| Trade | Jetz Plumbing & Mechanical Cont Inc |
| Trade | Jim's Tank Service |
| Trade | JOC Group, Inc. |
| Trade | Jodie's Pest Control |
| Trade | John Morizk |
| Trade | Johnny Donald |
| Trade | Joseph Francis O'Driscoll |
| Trade | Kcom Environmental |
| Trade | Kelly Emerson |
| Trade | Kevin Williams |
| Trade | Krauter & Company LLC |
| Trade | Kristy Williamson & Sharoad Bishop |
| Trade | LabelMaster |
| Trade | Landstar Global Logistics |
| Trade | Lawson Electric |
| Trade | LeClairRyan |
| Trade | Leschaco, Inc. |
| Trade | Liaoning Huayi Chemical Industry & Commerce Co., Ltd |
| Trade | Lincoln Glass Co Inc. |
| Trade | Lion Technology Inc. |
| Trade | Liverpool Storage Solutions Ltd |
| Trade | LNRS Data Services Inc |
| Trade | Lockton Companies LLC |
| Trade | Logan Knowles |
| Trade | LR International, Inc. |
| Trade | MailFinance |
| Trade | Marlin Business Bank |
| Trade | Marschall Labs Inc |
| Trade | Massachuesetts Bay Insurance Co |
| Trade | Maxisol |
| Trade | McCray Drilling LLC |
| Trade | Metro Alarm Office |
| Trade | Mid South Truck Service |
| Trade | Midland Engineering, Ltd |
| Trade | Morgan Plumbing and Heating Inc. |
| Trade | Morrow's ProCut Tree Care |
| Trade | Munich Specialty |
| Trade | Mutual of Omaha |
| Trade | National Pen Co. LLC |

| Trade | Nationwide Mutual Insurance Co |
|---|---|
| Trade | Navigators |
| Trade | Neuto Chemical Corp |
| Trade | Neuto Products Corp |
| Trade | NewPort Tank Containers (USA) LLC |
| Trade | NexAir, LLC |
| Trade | Nigel S. Austin |
| Trade | Nolan Transportation Group LLC |
| Trade | NTT Cloud Communications US Inc |
| Trade | Odyssey Overland LLC |
| Trade | Office Depot |
| Trade | Okahata |
| Trade | Old Dominion Freight Line, Inc |
| Trade | Olsson Frank Weeda |
| Trade | Omega Freight Expedited Inc. |
| Trade | O'Neill & Gaspardo |
| Trade | Outsource Environmental |
| Trade | Patrick J. Rubey & Company, Ltd. |
| Trade | Personnel Concepts |
| Trade | Peters & Associates, Inc. |
| Trade | Phelps Security, Inc. |
| Trade | Philadelphia Indemnity Insurance Co |
| Trade | Phoenix Chemical Laboratory, Inc. |
| Trade | Pitney Bowes Bank Inc. |
| Trade | Pitney Bowes Global Financial Services LLC |
| Trade | PIUMPF Administrative Account |
| Trade | PNC Bank |
| Trade | Polymer Services & Innovations, Inc. |
| Trade | Premier Environmental Services |
| Trade | Prime Dev. Group, Inc |
| Trade | Principal Financial Advisors, Inc. |
| Trade | Process Engineering International, LLC |
| Trade | Progressive Business Publications |
| Trade | Project Navigator, Ltd. |
| Trade | PSI Urethanes, Inc |
| Trade | PT Hutchins |
| Trade | Purchase Power |
| Trade | Quality Carriers |
| Trade | Quench USA, Inc. |
| Trade | Quill.com |
| Trade | R+L Carriers, Inc. |
| Trade | R+L Truckload Services, LLC |

| | |
|---|---|
| Trade | RC Graphics |
| Trade | Reed Business Information Inc. |
| Trade | Reichhold, Inc |
| Trade | Repowericol Development LLC |
| Trade | Ricoh USA, Inc |
| Trade | Rid All Termite & Pest Solutions |
| Trade | Risk Strategies Company |
| Trade | River City Sprinklers |
| Trade | Rohm and Haas |
| Trade | Ron Diesher |
| Trade | Rosemont Health & Fitness |
| Trade | RSC Insurance Brokerage Inc Premium |
| Trade | R-W Contractors, Inc. |
| Trade | Safety First Fire Control Co., Inc. |
| Trade | Safety Kleen |
| Trade | Sage Software, Inc. |
| Trade | Saia Motor Freight Line, LLC |
| Trade | Scan Global Logistics |
| Trade | Schneider National, Inc. |
| Trade | Scott Plumer |
| Trade | Service Electric & Controls, LLC |
| Trade | SGS |
| Trade | Shackleford Services LLC |
| Trade | Shangai Iroyal Chemical |
| Trade | Shanghai NRS-Norinco Logistics Co. Ltd |
| Trade | Shin Han |
| Trade | Shred-it USA LLC |
| Trade | SimplexGrinnell |
| Trade | SiteHawk LLC |
| Trade | Slay Transportation |
| Trade | Snyder Manfacturing Corporation |
| Trade | Sorrell-Smith Engineering Consultants |
| Trade | South Coast Terminals, LP |
| Trade | Southern Environmental Technologies, Inc |
| Trade | Southwest Research Institute |
| Trade | Spectrum Adhesives, Inc. |
| Trade | Stanley Convergent Security Solutions |
| Trade | Steam Logistics |
| Trade | Suttons International (N.A.) Inc. |
| Trade | Syndicate 2623/623 at Lloyds |
| Trade | Teledyne Isco |
| Trade | Tennessee American Water |

| | |
|---|---|
| Trade | The Anthony Group |
| Trade | The Bethlehem Center |
| Trade | The Commercial Appeal |
| Trade | The Lilly Company |
| Trade | The Midco Trust Fund |
| Trade | The REACH Centre Limited |
| Trade | Threeland Wh Limited |
| Trade | Tianjin Dongda Chemical Group Co., Ltd. |
| Trade | TIB Chemicals Corporation |
| Trade | TIGG, LLC |
| Trade | Tokio Marine |
| Trade | TopBright |
| Trade | Totalfunds by Hasler |
| Trade | Town & Country Locksmith Inc. |
| Trade | Toyota Industries Commercial Finance, Inc. |
| Trade | Tradebe Environmental Services LLC |
| Trade | Transamerica |
| Trade | Travelers - RMD |
| Trade | Travelers Casualty and Surety Company |
| Trade | Travelers Indemnity and Travelers Casualty Insurance Company |
| Trade | Tri-State Armature & Electrical Works |
| Trade | Tyler Myers |
| Trade | U.S. Bank National Association |
| Trade | Uline |
| Trade | Unibrom Corporation |
| Trade | Union Pacific Railroad |
| Trade | UNUM |
| Trade | UPS |
| Trade | UPS Freight |
| Trade | V.H. Rosemont LLC |
| Trade | Van Horn Metz & Co. Inc. |
| Trade | Van Winkle - Baten |
| Trade | Vanguard Archives |
| Trade | Ventura Transfer Company |
| Trade | Verizon Wireless |
| Trade | Verrico Associates |
| Trade | VH Rosemont LLC. |
| Trade | Village of Rosemont |
| Trade | Vital Records Control |
| Trade | Vital Records Corp |
| Trade | VRC Companies LLC |

| | |
|---|---|
| Trade | Walter A Wood |
| Trade | Waste Connections of TN, Inc. |
| Trade | Waste Management of Tenn - Memphis |
| Trade | Waypoint Analytical |
| Trade | WebNet Memphis, Inc. |
| Trade | West Memphis Fence & Construction, Inc. |
| Trade | Westchester Fire Insurance Company and Century Indemnity Company |
| Trade | Western Surety Company |
| Trade | Whitehead Oil Co |
| Trade | Whitener Hydro-Seeding & Landscaping |
| Trade | Wilder LP Gas Co., Inc. |
| Trade | Wilson Well Company, Inc |
| Trade | Winsailing Logistics |
| Trade | Winstead Turf Farms |
| Trade | WM LampTracker Inc |
| Trade | WTO Express (U.S.A.) Corp. |
| Trade | Yordas Group |
| Trade | Zen Continental., Inc. (ZLA) |
| Trade | Zeon Corporation |
| Trade | Zeon Specialty Materials Inc. |
| Trade | Zoom Video Communications Inc. |
| Trade | Zurich American Insurance Co |
| Customer | Allnex Austria |
| Customer | Altima International Group LLC |
| Customer | Anderson Development Company |
| Customer | Arnette Polymers, LLC |
| Customer | Bandeirante Quimica Ltda |
| Customer | Bizwell PTE LTD |
| Customer | Brenntag Canada Inc. |
| Customer | Brenntag Great Lakes, LLC |
| Customer | Brenntag Mid-South |
| Customer | Brenntag Northeast, LLC |
| Customer | Brenntag Pacific, Inc. |
| Customer | Brenntag Southwest, Inc. |
| Customer | CBC Co., Ltd. |
| Customer | Cinnamon Co., Ltd. |
| Customer | Country Vet Wholesaling Pty Ltd |
| Customer | Davik Industries A.C.S. Ltd |
| Customer | DDP Specialty Electronic Materials US 5, LLC |
| Customer | Eigenmann & Veronelli |

| | |
|---|---|
| Customer | Entegris, Inc. |
| Customer | Esco Group, Inc. |
| Customer | Eternal Materials Co., Ltd. |
| Customer | Green Rubber-Kennedy AG |
| Customer | Gremolith AG |
| Customer | H.B. Fuller Europe GmbH |
| Customer | Hexpol Polymers LLC |
| Customer | HP Polymers |
| Customer | Huntsman |
| Customer | IlkalemTicaret Ve Sanayi AS |
| Customer | Inabata & Co., Ltd. |
| Customer | INEOS Composites US, LLC |
| Customer | Infinity Produtos Quimicos Ltda |
| Customer | IPAC Adhesives |
| Customer | Lanco & Harris Suramerica SPA |
| Customer | Lo Trading Corp |
| Customer | Marea S.R.L |
| Customer | Maruzen Chemical Trading Co., Ltd |
| Customer | Mays Ochoa |
| Customer | Megachem Limited |
| Customer | Metton America, Inc |
| Customer | MG Chemicals (Australia) Pty |
| Customer | Midas Safety |
| Customer | Miwon Specialty Chemical |
| Customer | Multichemie Industria e Comercio de Produtos Quimicos LTDA |
| Customer | NCS Resins (Pty) Ltd |
| Customer | Nymco S.p.A. Socio Unico |
| Customer | Okahata Sangyo Co. Ltd. |
| Customer | OQEMA GmbH |
| Customer | OQEMA Limited |
| Customer | Ortec Inc |
| Customer | Parex USA, Inc. |
| Customer | Parker Lord Corporation |
| Customer | Petco, Inc. |
| Customer | Poliya Poliester San. ve Tic. A.S. |
| Customer | Polyform Products Company, Inc. |
| Customer | Polynt Coatings Canada Ltd |
| Customer | Polynt Composites France |
| Customer | Polynt Composites USA Inc. |
| Customer | Polyurethane Ltd. |
| Customer | PSI Urethanes, Inc. |

| | |
|---|---|
| Customer | Qualipoly Chemical Corp |
| Customer | Reacciones Quimicas SA DE CV |
| Customer | Reichhold LLC 2 |
| Customer | Scott Bader Middle East Limited |
| Customer | Shin Han Fine Chemicals Co., Ltd. |
| Customer | Spectrum Dispersions, Inc. |
| Customer | Sudelim, S.A. de C.V. |
| Customer | Sun Chemical Corp |
| Customer | Suntton (China) Co., Ltd. |
| Customer | Technical Adhesives Limited |
| Customer | Toll Solutions, LLC |
| Customer | Total Specialty Chemicals, Inc. |
| Customer | Transchemical Inc. |
| Customer | Tri-Tex co Inc. |
| Customer | True Polychem |
| Customer | Verdia Inc |
| Customer | Vibrantz Color Solutions, Inc. |
| Customer | Walter Mader AG |
| Customer | Willamette Valley Company LLC |
| Customer | Xena International Inc. |