**Annex 3**

**Disclosure List**

| Party Name | Relationship to the Bankruptcy | Firm Clients | Client Status | Nature of the Representation |
|---|---|---|---|---|
| Resnovae Holdings Corporation | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Velsicol Chemical Holdings Corporation | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Velsicol Chemical LLC | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Memphis Environmental Center Inc | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Velsicol Chemical Ireland Limited | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Velsicol Denovo Recycling LLC | Debtor and Debtor Related Entities | Velsicol Chemical, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Andrew Hunt | UST -Bankruptcy Auditor | Andrew M. Hunt | Active | Representation in matters unrelated to the bankruptcy |
| American Express | 20 Largest Unsecured | American Express Company; American Express Ventures SBIC, L.P.; GBT III B.V. d/b/a American Express Global Business Travel; GBT-Hogg Robinson; GBT - Klee Data System SAS a/k/a KDS; GBT - Ovation Travel; GBT- Egencia, LLC; American Express Services Europe Limited Benedikt Meyer; Amex Life Insurance Marketing Inc.; American Express Australia Limited; American Express International, Inc. Hong Kong Branch; and American Express International Inc., Singapore Branch | Active | Representation in matters unrelated to the bankruptcy |
| Wells Fargo Vendor Services, LLC | 20 Largest Unsecured | Wells Fargo Bank, N.A.; Wells Fargo, N.A.; Wells Fargo & Company; Wells Fargo Advisors, LLC; Wells Fargo Securities, LLC; Wells Capital Management, Inc.; Wells Fargo Merchant Services, L.L.C.; Wells Fargo Clearing Services, LLC; Norwest Venture Partners; Wells Fargo Capital Finance; Wells Fargo Business Credit, Inc.; Wells Fargo Delaware Trust Company, N.A.; Wells Fargo Bank Northwest, N.A.; clearXchange, LLC; Early Warning Services, LLC; Avtex Solutions, LLC; Maelys Cosmetics Ltd.; Wachovia; Wells Fargo Regional Commercial Bank - Charlotte; Wells Fargo Fund Investing Division; and Wachovia Bank, N.A. - Raleigh Office Lending | Active | Representation in matters unrelated to the bankruptcy |
| Wheels, Inc. | 20 Largest Unsecured | Donlen Corporation; Wheels LT; Wheels LLC | Active | Representation in matters unrelated to the bankruptcy |
| WSP USA Inc. | 20 Largest Unsecured | WSP Australia Pty Limited (aka Parsons Brinckerhoff (Australia) Pty Ltd) | Active | Representation in matters unrelated to the bankruptcy |
| Eastman Chemical Company | Litigation Parties | Eastman Chemical Company | Active | Representation in matters unrelated to the bankruptcy |
| Syngenta | Litigation Parties | Syngenta Crop Protection LLC | Active | Representation in matters unrelated to the bankruptcy |
| Hahn Loeser & Parks LLP | Law Firm | Hahn Loeser & Parks LLP | Active | Representation in matters unrelated to the bankruptcy |
| Mayer Brown Europe Brussels LLP | Law Firm | Mayer Brown LLP; Mayer Brown (Singapore) Pte Ltd | Active | Representation in matters unrelated to the bankruptcy |
| The Claro Group, LLC | Law Firm | The Claro Group, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Vorys, Sater, Seymour and Pease LLP | Law Firm | Vorys, Sater, Seymour and Pease LLP | Inactive | Representation in matters unrelated to the bankruptcy |
| Bank of America | Depository | Bank of America; Bank of America, N.A.; Bank of America Corporation; Bar… | Active | Representation in matters unrelated to the bankruptcy |
| TMI Trust Company | Depository | Argent Trust Company | Inactive | Representation in matters unrelated to the bankruptcy |
| Bank of New York Mellon | Depository/Trustee | The Bank of New York Mellon Corporation; BNY Mellon, N.A.; Bank of New York (SCG); BNY Mellon Funds; BNY Mellon High Yield Strategies Fund; BNY Mellon Funds Trust; BNY Capital Corporation; BNY Mellon Wealth Management; Insight Investment Management Limited; Bank of New York Mellon Trust Company, N.A.; BNY Mellon Corporate Trustee Services Limited; BNY Mellon Corporate Trustee Services Limited; Alcentra Global Special Situations Stressed and Distressed; The Bank of New York Mellon London Branch; BNY Mellon Serviços Financeiros Distribuidora de Títulos e Valores Mobiliários S.A.; BNY Mellon Wealth Management; and MBSC Securities Corporation (Dreyfus Advisors Division) | Active | Representation in matters unrelated to the bankruptcy |
| Hamilton County Trustee | Governmental Authority | Hamilton County, Tennessee | Inactive | Representation in matters unrelated to the bankruptcy |
| Empower | E & E Related | Great-West Life & Annuity Insurance Company; Putnam Investment Management, LLC | Active | Representation in matters unrelated to the bankruptcy |
| ACE Group | Trade | Atelier Ace LLC; ACE Group International | Active | Representation in matters unrelated to the bankruptcy |
| Airgas | Trade | Airgas, Inc.; Airgas USA, LLC | Active | Representation in matters unrelated to the bankruptcy |
| AmeriGas | Trade | UGI Corporation | Inactive | Representation in matters unrelated to the bankruptcy |
| Aramark | Trade | ARAMARK Corporation; Aramark Uniform & Career Apparel, LLC | Inactive | Representation in matters unrelated to the bankruptcy |
| Arch Insurance Co | Trade | Arch Mortgage Insurance Company; Arch U.S. MI Services, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Arsenal Capital | Trade | Arsenal Capital Management LP d/b/a Arsenal Capital Partners | Active | Representation in matters unrelated to the bankruptcy |

| Ashland Inc. | Trade | Ashland Inc.; Ashland, LLC (aka Ashland, Inc.); Hercules, Inc. | Active | Representation in matters unrelated to the bankruptcy |
|---|---|---|---|---|
| AT&T Mobility | Trade | AT&T Corp. | Active | Representation in matters unrelated to the bankruptcy |
| Brenntag Latin America | Trade | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag North America, Inc. | Trade | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Cardinal Logistics Management Corp | Trade | Cardinal Logistics Management Corporation | Active | Representation in matters unrelated to the bankruptcy |
| Charles River Labiratories Ashland, LLC | Trade | Charles River Laboratories International, Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Corporation Service Company | Trade | CSC Capital Markets UK Limited; EEW Capital Finance plc | Active | Representation in matters unrelated to the bankruptcy |
| Crowe LLP | Trade | Crowe Horwath dba Bastow Charleton; Findex (Aust) Pty Ltd | Active | Representation in matters unrelated to the bankruptcy |
| CSC | Trade | CSC Capital Markets UK Limited; EEW Capital Finance plc | Active | Representation in matters unrelated to the bankruptcy |
| ECS Inc. | Trade | ECS Global, LLC | Active | Representation in matters unrelated to the bankruptcy |
| Eurotainer | Trade | Eurotainer SA (aka Eurotainer US, Inc.) | Active | Representation in matters unrelated to the bankruptcy |
| FedEx | Trade | FedEx Corporation; Federal Express Corporation; FedEx Ground Package System, Inc.; FedEx Freight, Inc.; Federal Express European Services (a/k/a FedEx Express (EMEA)); TNT Management (E.C.) Bahrain; FedEx Express Belgium International BV; and FedEx Express FR | Active | Representation in matters unrelated to the bankruptcy |
| G4S Secure Solutions (USA) Inc | Trade | G4S Limited; G4S Custodial Services Pty Ltd | Active | Representation in matters unrelated to the bankruptcy |
| Howard Industries, Inc. | Trade | Howard Industries, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Old Dominion Freight Line, Inc | Trade | Old Dominion Freight Line, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Pitney Bowes Bank Inc. | Trade | Pitney Bowes Inc. | Active | Representation in matters unrelated to the bankruptcy |
| PNC Bank | Trade | The PNC Financial Services Group, Inc.; PNC Bank, N.A.; PNC Riverarch Capital; PNC Capital Finance LLC; PNC Equipment Finance, LLC; Clayton Kendall, LLC; PNC Mortgage, LLC; PNC Realty Investors Inc.; BBVA USA; PNC Merchant Services Company; Midland Loan Services, a Division of PNC Bank, National Association; and PNC Capital Markets LLC | Active | Representation in matters unrelated to the bankruptcy |
| Principal Financial Advisors, Inc. | Trade | Principal Global Investors, LLC; Principal Real Estate Investors, LLC; Princ | Active | Representation in matters unrelated to the bankruptcy |
| Reichhold, Inc | Trade | Reichhold LLC 2; Polynt Composites USA, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Rohm and Haas | Trade | E. I. du Pont de Nemours and Company; DuPont de Nemours, Inc.; DDP Specialty Electronic Materials US 9, LLC | Active | Representation in matters unrelated to the bankruptcy |
| Saia Motor Freight Une, LLC | Trade | Saia Motor Freight Line LLC | Active | Representation in matters unrelated to the bankruptcy |
| Scan Global Logistics | Trade | Scan Global Logistics A/S | Active | Representation in matters unrelated to the bankruptcy |
| Stanley Convergent Security Solutions | Trade | Stanley Convergent Security Solutions Inc | Active | Representation in matters unrelated to the bankruptcy |
| Teledyne Isco | Trade | Teledyne Technologies; Teledyne UK Limited; Teledyne E2V Semiconductors; Teledyne Innovaciones Microelectronicas SLU; and Teledyne UK Limited f/k/a e2v Technologies UK Ltd | Active | Representation in matters unrelated to the bankruptcy |
| Tennessee American Water | Trade | Tennessee-American Water Company | Active | Representation in matters unrelated to the bankruptcy |
| Tradebe Environmental Services LLC | Trade | Tradebe Treatment and Recycling, LLC | Active | Representation in matters unrelated to the bankruptcy |
| Transamerica | Trade | Transamerica ETF Trust; Aegon USA Investment Management, LLC | Active | Representation in matters unrelated to the bankruptcy |
| U.S. Bank National Association | Trade | U.S. Bancorp; U.S. Bank, N.A.; US Bank Trustees Limited; and Firstar Capital Corporation | Active | Representation in matters unrelated to the bankruptcy |
| UPS | Trade | United Parcel Service Italia S.R.L. and UPS Europe SPRL BVBA; United Parcel Service Italia s.r.l.; United Parcel Service SCS (Italy) S.r.l.; and UPS Healthcare Italia S.r.l. | Active | Representation in matters unrelated to the bankruptcy |
| UPS Freight | Trade | United Parcel Service Italia S.R.L. and UPS Europe SPRL BVBA; United Parcel Service Italia s.r.l.; United Parcel Service SCS (Italy) S.r.l.; and UPS Healthcare Italia S.r.l. | Active | Representation in matters unrelated to the bankruptcy |
| Verizon Wireless | Trade | Verizon Investment Management Corp. (VIMCO); Cellco Partnership d/b/a Verizon Wireless | Active | Representation in matters unrelated to the bankruptcy |
| Waste Connections of TN, Inc. | Trade | Waste Connections, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Brenntag Canada Inc. | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag Great Lakes, LLC | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag Mid-South | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag Northeast, LLC | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag Pacific, Inc. | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |
| Brenntag Southwest, Inc. | Customer | Brenntag North America Inc. | Inactive | Representation in matters unrelated to the bankruptcy |

| | | | | |
|---|---|---|---|---|
| CBC Co., Ltd. | Customer | CBC America LLC; Cannon-Brookes Services Pty Ltd T/as Grok Ventures & Clean Energy Finance Corporation; and Cannon-Brookes Services Pty Ltd T/as Grok Ventures | Active | Representation in matters unrelated to the bankruptcy |
| DDP Specialty Electronic Materials US 5,LLC | Customer | E. I. du Pont de Nemours and Company; DuPont de Nemours, Inc.; DDP Specialty Electronic Materials US 9, LLC | Active | Representation in matters unrelated to the bankruptcy |
| Esco Group, Inc, | Customer | The Weir Group PLC; Esco Group LLC | Active | Representation in matters unrelated to the bankruptcy |
| Huntsman | Customer | Huntsman P&A UK Limited | Active | Representation in matters unrelated to the bankruptcy |
| Polynt Coatings Canada Ltd | Customer | Polynt Composites USA, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Polynt Composites France | Customer | Polynt Composites USA, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Polynt Composites USA Inc. | Customer | Polynt Composites USA, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Reichhold LLC 2 | Customer | Reichhold LLC 2; Polynt Composites USA, Inc. | Active | Representation in matters unrelated to the bankruptcy |
| Verdia Inc | Customer | E. I. du Pont de Nemours and Company; DuPont de Nemours, Inc.; DDP Specialty Electronic Materials US 9, LLC | Active | Representation in matters unrelated to the bankruptcy |