UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 23-12544
) (Jointly Administered)
VELSICOL CHEMICAL LLC, et al. )  Chapter: 11
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER AUTHORIZING EMPLOYMENT OF K&L GATES
## AS SPECIAL ENVIRONMENTAL COUNSEL

Upon the debtors and debtors-in-possession (collectively, the "Debtors") Application for the entry of an order, pursuant to Bankruptcy Code Section 327(e), to Employ David L. Rieser and K&L Gates, LPP (collectively, "K&L") as special environmental counsel (the "Motion") effective as of, and including, June 12, 2024, the Court finding that notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided herein.

2. The Debtors are authorized to retain and employ David L. Rieser and K&L Gates, LLP as their special environmental counsel on the terms set forth in the Motion;

3. The employment of K&L as provided herein shall be effective as of, and including, June 12, 2024;

4. All fees and expenses of K&L are subject to further Court approval; and

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the employment of K&L by the Debtors.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: July 31, 2024

**Prepared by:**

Jeffrey M. Schwartz (#6209982)
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2000
Facsimile: (312) 521-3000