# EXHIBIT 4

# Case Administration



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

### FEES THROUGH APRIL 30, 2024

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/21/23 | JMS | Review and revise first day emergency motion and exhibits (1.4); file emergency motion (.2); call with G Silver re: same (.2). discussion with J Friedland re: motion for emergency hearing (.2). | 2.00 |
| 09/21/23 | JMS | Discussion with J Friedland re: US Trustee concerns with first day motions(.2), call with US Trustee's office re: first day motions (.7); follow up with J Friedland re: modifications with motions (.2); discussion with T Horn re: US Trustee concerns (.4). | 1.50 |
| 09/21/23 | RWG | Confer with A. Hernandez re filing issues (.5) review and revise petition amendment (.6) attend to filing issues and amendment to petition (2.1) call with J. Schwartz re filing issues (.2) | 3.40 |
| 09/21/23 | RWG | Review rules regarding emergency filing (.3) memo to J. Schwartz re emergency filing issues (.2) | 0.50 |
| 09/21/23 | JPF | Video conference with UST and J. Schwartz re first day motions (1.0); telephone conference with Tim Horn re UST conversation and final revisions to pleadings (.5); telephone conference with Courtroom Deputy (.2); draft email re emergency motion, and motion to shorten notice (.4). | 2.10 |
| 09/22/23 | JMS | Review Judge's order setting emergency motion and follow up to set motion | 0.10 |
| 09/22/23 | JMS | Review and finalize motion and order to pay wages along with certificate of service (.5) and attention to filing (.1) | 0.60 |
| 09/22/23 | JMS | Finalize Foreign/Lien motion and order for filing | 0.50 |
| 09/22/23 | JMS | Finalize cash management motion, order and exhibits for filing | 0.40 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

| **Payment due within 30 days of invoice** | **Please Remit Payment to:** | **ACH/Wire Details:** |
|---|---|---|
| **Questions?**  **Email:** billinginquiries@muchlaw.com | Much Shelist  8477 Solution Center  Chicago, IL 60677-8004 | Much ShelistOperatingAcct  ABA: 071006486  Account: 2282488 |



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/22/23 | JMS | Finalize joint administration motion and order (.2) and file in all 3 cases (.2). | 0.40 |
| 09/22/23 | JMS | Discussions with T Feil from BMC regarding certificates of service for first day motions (.3) and review same (.2) | 0.50 |
| 09/22/23 | JMS | Numerous discussion with T Horn re: 341 meeting, first day motions and next steps in case. | 0.70 |
| 09/22/23 | JMS | Strategy conference with R Glantz and J Friedland re: next steps and open issues | 0.40 |
| 09/22/23 | JMS | Discussion with J Friedland re US trustee comments and open issues on first day motions | 0.30 |
| 09/22/23 | JPF | Attention to UST comments to initial first day pleadings (.4); attention to service issues (.8); telephone conference with M. Brash and J. Schwartz (.2). | 1.40 |
| 09/24/23 | JPF | Telephone call with J. Schwartz re upcoming deadlines and next steps. | 0.50 |
| 09/25/23 | SPB | Confer with J. Schwartz regarding first day hearing and T. Horn preparation for same. | 0.30 |
| 09/25/23 | JMS | Discussion with S Blonder re: first day motion and need to prepare T Horn for hearing | 0.30 |
| 09/25/23 | JMS | Discussions with T Horn re: issues raised by the US trustee on wages motion and other questions for first day hearing. | 0.60 |
| 09/26/23 | SPB | Telephone conference with T. Horn and J. Schwartz to prepare for hearing. | 0.70 |
| 09/26/23 | JMS | Email T Horn and S Blonder to prepare for hearing | 0.70 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/26/23 | JMS | Draft response email to G Silver regarding US Trustee's remaining issues with first day pleadings (.6); review and revise orders to make changes to resolve issues raised by US Trustee including joint admin order, cash management order, wages order and foreign/lien vendor order; (1.4); call with G Silver and M Brash regarding redlines and open issues (.4); numerous follow up discussions and emails with T Horn regarding additional information and changes to first day orders (.7); discussions with J Friedland re open issues with orders and language to resolve disputes (.3) | 3.40 |
| 09/26/23 | JMS | Prepare outline for first day hearing | 1.30 |
| 09/27/23 | SPB | Appear in court regarding first day motions (2.1); met with T. Horn and J. Schwartz to prepare for hearing (.7). | 2.80 |
| 09/27/23 | JMS | Prepare orders for hearing (.4); prepare for first day motions (.9); meet with T Horn and S Blonder to prepare for hearing (.7); attend hearing on first day motions (2.1); revise cash management order and circulate for comment (.2) call and emails with bank counsel regarding additional language to add to cash management order (.2) | 4.50 |
| 09/27/23 | JMS | Strategy meeting with J Friedman and R Glantz re: additional motions to file and next steps | 0.60 |
| 09/29/23 | CG | Update comparison of creditor matrix lists. | 1.60 |
| 10/02/23 | JMS | Review draft notice of commencement of case (.1); and comment on same (.1). | 0.20 |
| 10/02/23 | JPF | Review and comment on notice of commencement of cases. | 0.20 |
| 10/03/23 | JMS | Review and revise motion to extend time to file schedules (.4) draft proposed order (.2); finalize motion for filing (.2). | 0.80 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:**billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: ******

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/03/23 | JPF | Telephone call with T. Horn regarding various open issues. | 0.20 |
| 10/03/23 | JPF | Draft motion to extend time to file schedules and SOFAs | 1.30 |
| 10/03/23 | JPF | Video conference with Client to review follow-up questions from first days and initial debtors' interview. | 1.50 |
| 10/04/23 | JMS | Revise utility motion and necessary addresses | 0.70 |
| 10/04/23 | JMS | Review documents regarding letter of credit account at Bank of America (6); numerous discussion with T Horn re: same (.3) | 0.90 |
| 10/04/23 | JPF | Video conference with Client to review follow-up questions from first days and initial debtors' interview. | 1.50 |
| 10/05/23 | JMS | Finalize utility motion. | 0.50 |
| 10/09/23 | JMS | Review and revise critical dates memo | 0.30 |
| 10/09/23 | JPF | Draft critical dates memo. | 0.60 |
| 10/10/23 | JMS | Draft cash management order and final foreign lien vendor order (.4) and emails to M Brash and G Silver re: same (.1). | 0.50 |
| 10/11/23 | JMS | Prepare for (.3) and attend hearings in Velsicol (.9). | 1.20 |
| 10/11/23 | JMS | Revise proposed orders for filing on extension of time to file schedules, foreign vendor and cash management. | 0.30 |
| 10/12/23 | JMS | Discussion with Judge's clerk regarding order to extend schedules | 0.10 |
| 10/17/23 | JMS | Follow up with T Horn re: cash management and meeting with Subchapter V trustee | 0.10 |
| 10/17/23 | RWG | Call with clerk re creditor list issues | 0.20 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/18/23 | JMS | Prepare for (.2) and attend hearing on utility motion (.5). | 0.70 |
| 10/18/23 | JMS | Prepare notice to be sent to utility companies pursuant to order | 0.10 |
| 10/24/23 | JMS | Prepare for call with US Trustee office and G Silver regarding putting money into certificated of deposit (.3); follow up with T Horn re: same (.1); revised cash management order to extend time to move account (.2) email to G Silver re: same (.1). | 0.70 |
| 10/24/23 | JMS | Review order setting Subchapter V status conference (.1) and emails with BMC regarding service of order (.1). | 0.20 |
| 10/25/23 | JMS | Attend hearing on B. Riley Application and continued cash management motion | 1.40 |
| 10/25/23 | JMS | Review BMC monthly invoice | 0.30 |
| 10/26/23 | JMS | Discussion with J Pegnia Re; US Trustee issues with creditor's matrix. | 0.20 |
| 10/28/23 | JMS | Review spreadsheet and emails to L Clemente on creditor's matrix (.2); discussion with T Horn re: same (.1) | 0.30 |
| 10/31/23 | JMS | Call with T Horn re: open issues | 0.20 |
| 11/02/23 | SPB | Telephone conference with J. Schwartz regarding call with M. Brash. | 0.20 |
| 11/02/23 | JMS | Draft initial outline for Sub Chapter V plan status report. | 0.80 |
| 11/02/23 | JMS | Email to T Feil at BMC regarding need to coordinate service later this month on Subchapter V status report going to all creditors | 0.10 |
| 11/02/23 | JMS | Discussion with J Friedland re; meeting with M Brash | 0.10 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/06/23 | JMS | Emails to T Horn re: meeting with SubChapter V trustee (.1), call with M Brash re continued meeting and open issues and questions (.1); discussion with T Horn re: questions from SubChapter V trustee; (.2). | 0.40 |
| 11/06/23 | JMS | Call with T Horn re: outstanding invoices and bills | 0.20 |
| 11/06/23 | JMS | Draft Subchapter V status report. | 1.20 |
| 11/07/23 | SPB | Review and comment regarding draft status report. | 0.20 |
| 11/07/23 | JMS | Continue drafting Subchapter V status report (1.1); email to T Horn and J Pegnia re: same (.1) | 1.20 |
| 11/08/23 | JMS | Finalize Chapter 11 status report (.9); coordinate with BMC regarding service of SubChapter V status report on all creditors (.2) | 1.10 |
| 11/09/23 | JMS | Discussions with T Horn on weekly update meeting | 0.90 |
| 11/10/23 | JMS | Review certificate of service filed by BMC group regarding Subchapter v Status report | 0.10 |
| 11/13/23 | SPB | Telephone conference with J. Schwartz following Sub-5 trustee meeting regarding status and strategy. | 0.20 |
| 11/13/23 | JMS | Call with T Horn re: various open items | 0.10 |
| 11/13/23 | JMS | Discussion with T Horn re: trustee's concluding 341 meeting in Velsicol Chemical case | 0.10 |
| 11/15/23 | JMS | Attend hearing on cash management motion | 0.80 |
| 11/16/23 | JMS | Weekly check in call with T Horn to review open issues and follow up call | 0.90 |
| 11/16/23 | JMS | Review and revise final cash management order (.3); emails with G Silver final cash management order (.2) | 0.50 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: ******

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/21/23 | SPB | Review and comment regarding materials for hearing on Subchapter V status. | 0.20 |
| 11/21/23 | JMS | Prepare for Subchapter v status hearing including reviewing most recent financial information (1.3) and discussion with T Horn re: same (.2); numerous discussions with S Blonder regarding issues for status (.2) | 1.70 |
| 11/21/23 | JMS | Finalize and file cash management order | 0.10 |
| 11/22/23 | SPB | Telephone conference with J. Schwartz regarding status and strategy post-court hearing. | 0.20 |
| 11/22/23 | JMS | Prepare for (.3) and attend Subchapter V status hearing and final hearing on cash management (1.1); discussion after hearing with Travelers counsel (.2) call with T Horn in preparation of hearing (.2) | 1.70 |
| 11/22/23 | JMS | Call with T Horn on weekly status and open issues | 0.50 |
| 12/04/23 | JMS | Weekly status meeting with T Horn regarding open issues | 0.70 |
| 12/07/23 | JMS | Status call with T Horn on open issues | 1.00 |
| 12/20/23 | SPB | Attend court hearing on 2004 motion (.9); telephone call with J. Schwartz regarding same (.1). | 1.00 |
| 12/20/23 | JMS | Attend hearing on District's 2004 motion (.9); follow up call with S Blonder (.1) ; | 1.00 |
| 01/02/24 | JMS | Discussion with J Pegnia on status and next steps | 0.30 |
| 01/03/24 | SPB | Appear in court regarding 2004 issue. | 0.90 |
| 01/03/24 | JMS | Prepare for hearing on rule 2004 motion (1.5) and attend hearing in Velsciol (.9) | 2.40 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/09/24 | JMS | Draft motion to exceed page limit for objection (.6) and file (.1) | 0.70 |
| 01/11/24 | HJ | Strategy conference with Jeff Schwartz re: plan procedures motion and special advisors' retention motions | 0.50 |
| 01/17/24 | SPB | Multiple telephone conferences with T. Horn regarding today's hearing | 0.70 |
| 01/17/24 | JMS | Attend hearing in Velsciol on motion to extend time to assume or reject lease, 2004 objection and motion to exceed page limit | 2.30 |
| 01/18/24 | SPB | Telephone conference with T. Horn regarding status and strategy. | 0.50 |
| 01/18/24 | JMS | Discussion with J Friedland and R Glantz on strategy and next steps | 0.80 |
| 01/18/24 | RWG | Call with J. Schwartz and J. Friedand re case status, plan objection issues and claim strategy | 0.80 |
| 01/19/24 | SPB | Telephone conference with T. Horn re: case issues | 0.40 |
| 01/23/24 | JMS | Begin work on plan solicitation motion and analyze timing (1.5); call with BMC to discuss procedures for distributions, timing and cost (.5) | 2.00 |
| 01/25/24 | SPB | Telephone conference with T. Horn and J. Schwartz regarding financial issues. | 1.00 |
| 01/25/24 | JMS | Discussion with J Friedland re strategy going forward | 0.10 |
| 01/25/24 | JMS | Follow up call with T Horn and S Blonder on case strategy. | 0.30 |
| 01/25/24 | JPF | Phone call with J. Schwartz re case strategy. | 0.10 |
| 01/29/24 | JMS | Respond to G Silver email re: next steps in case | 0.10 |
| 01/29/24 | JMS | Discussion with T. Horn re: case administration issue | 0.40 |
| 01/29/24 | JMS | Review proofs of claim filed in case (1.2) and prepare chart re: same (.6) | 1.80 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: ******

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/30/24 | SPB | Discussion with J. Sarasin regarding 2004 issues and upcoming court hearing. | 0.30 |
| 01/30/24 | JAS | Discussion with S. Blonder and J. Schwartz regardings 2004 issues (.2) review issues re: same (.2) | 0.40 |
| 01/30/24 | JMS | Call with T Horn re; hiring certain professionals | 0.20 |
| 01/30/24 | JMS | Strategy discussion with S. Blonder re: plan timing. | 0.40 |
| 01/30/24 | JMS | Emails and discussions with T. Horn in preparation for Subchapter V status hearing | 0.50 |
| 01/30/24 | JMS | Prepare update for subchapter v case status hearing | 0.70 |
| 01/31/24 | JMS | Prepare for (.4) and attend Subchapter V status conference (1.8) | 2.20 |
| 01/31/24 | JMS | Respond to email from G Silver re: upcoming status hearing. | 0.10 |
| 01/31/24 | JMS | Numerous email to T Horn re: status hearing and next steps | 0.30 |
| 02/02/24 | JMS | Follow up with T. Marshal at BMC re timing of pleadings in case | 0.20 |
| 02/02/24 | JMS | Call with T. Horn re: open issues | 0.10 |
| 02/08/24 | SPB | Meet with T. Horn and J. Schwartz regarding business operations and other case issues | 3.30 |
| 02/08/24 | JMS | Meeting with T Horn and S Blonder on open issues in case including business issues | 3.30 |
| 02/16/24 | JMS | Call with T. Horn re: open business issues | 0.10 |
| 02/16/24 | RWG | Call with T. Horn re motion to hire ordinary course professionals and special counsel | 0.60 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:**billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/22/24 | SPB | Telephone conference with T. Horn on case issues. | 0.60 |
| 02/23/24 | JMS | Analyze next steps in case and timing related issues in light of 2004 ruling. | 0.90 |
| 02/26/24 | SPB | Telephone conference with J. Schwartz regarding case strategy. | 0.60 |
| 02/26/24 | JMS | Email to G. Silver and M Brash re: 2004 ruling (.1) | 0.10 |
| 02/29/24 | JMS | Decisions with T. Horn re case strategy and nest steps | 0.50 |
| 03/04/24 | JMS | Follow up on state court personal injury lawsuit and contempt issues. | 0.30 |
| 03/11/24 | JMS | Updates with T Horn on case status and next steps. | 0.20 |
| 03/13/24 | SPB | Meet with T. Horn and J. Schwartz regarding case issues, plan issues, DC. | 2.20 |
| 03/13/24 | JMS | Meeting with T Horn and S Blonder re: plan issues, EPA issue and DC issues | 2.20 |
| 03/27/24 | JMS | Call with J Pegina re update on status | 0.20 |
| 03/28/24 | JMS | Call to M Brash on status | 0.10 |
| 04/01/24 | JMS | Meet with S Blonder re; subchapter v status hearing | 0.40 |
| 04/02/24 | JMS | Discussion with T Horn regarding status conference and report to court | 0.20 |
| 04/02/24 | JMS | Discussion with M Brash re: case | 0.20 |
| 04/02/24 | JMS | Prepare subchapter v status hearing outline | 0.50 |
| 04/03/24 | JMS | Respond to G Silver email re: insurance renewal | 0.10 |
| 04/03/24 | JMS | Prepare for (.3) and attend SubChapter V status hearing before Judge Cleary (.8) | 1.10 |
| 04/03/24 | JMS | Follow up with T Horn re: status hearing | 0.10 |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: ******

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/08/24 | JMS | Call with T. Horn re: weekly case update | 0.30 |
| 04/19/24 | JMS | Email to M Brash re update on case and DC 2004 exam | 0.10 |
| 04/23/24 | JMS | Communications with T Horn re: renewal of general insurance | 0.20 |
| 04/25/24 | JMS | Attend meeting with T Horn and S Blonder on case issues and next steps | 0.60 |
| | | **Total Hours** | **105.00** |
| **Total** | | | **72,883.50** |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

**TIMEKEEPER SUMMARY THROUGH APRIL 30, 2024**

| Timekeeper | Rate | Hours |
|---|---|---|
| Blonder, Steven P. | $720.00 | 5.80 |
| Blonder, Steven P. | $755.00 | 10.50 |
| Friedland, Jonathan P. | $720.00 | 0.10 |
| Friedland, Jonathan P. | $685.00 | 9.30 |
| Glantz, Robert W. | $670.00 | 4.10 |
| Glantz, Robert W. | $705.00 | 1.40 |
| Grabowski, Cecelia | $205.00 | 1.60 |
| Jouglaf, Hajar | $430.00 | 0.50 |
| Sarasin, Joanne A. | $635.00 | 0.40 |
| Schwartz, Jeffrey M. | $685.00 | 43.70 |
| Schwartz, Jeffrey M. | $720.00 | 27.60 |
| **Total Hours** | | **105.00** |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

**Payment due within 30 days of invoice**

**Questions?**
**Email:** billinginquiries@muchlaw.com

**Please Remit Payment to:**
Much Shelist
8477 Solution Center
Chicago, IL 60677-8004

**ACH/Wire Details:**
Much ShelistOperatingAcct
ABA: 071006486
Account: 2282488



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0011**

23 - Case Administration

### EXPENSE SUMMARY THROUGH APRIL 30, 2024

| Description | Amount |
|---|---|
| Transportation | $23.33 |
| **Total** | **$23.33** |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

| **Payment due within 30 days of invoice** | **Please Remit Payment to:** | **ACH/Wire Details:** |
|---|---|---|
| **Questions?** | Much Shelist | Much ShelistOperatingAcct |
| **Email:** billinginquiries@muchlaw.com | 8477 Solution Center | ABA: 071006486 |
| | Chicago, IL 60677-8004 | Account: 2282488 |