# EXHIBIT 14

# <u>Expenses</u>



Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: 312-521-2000

**EIN: 36-2757501**

Velsicol Restructuring
c/o Tim Horn
10400 W Higgins Rd, Ste 303
Rosemont, IL 60018

Invoice Number: **\*\*\*\*\*\***

Invoice Date: **08/28/2024**

Billing Attorney: **Steven P. Blonder**

Matter Number: **0020382.0001**

23 - General

## EXPENSE SUMMARY THROUGH APRIL 30, 2024

| Description | Amount |
|---|---:|
| Filing Fees | $5,214.00 |
| E-Discovery Data Charge | 890.00 |
| **Total** | **$6,104.00** |

*Time and costs, if any, recorded after date of invoice will appear on subsequent invoice*

| **Payment due within 30 days of invoice** | **Please Remit Payment to:** | **ACH/Wire Details:** |
|---|---|---|
| **Questions?** | Much Shelist | Much ShelistOperatingAcct |
| **Email:** billinginquiries@muchlaw.com | 8477 Solution Center | ABA: 071006486 |
| | Chicago, IL 60677-8004 | Account: 2282488 |