# EXHIBIT B

**Shareholder Compensation**

| Estimate | 2012 Salary | 2012 Dividend | 2012 Bonus | 2012 Exp Reimburse | 2012 Deferred Comp | 2012 |
|---|---|---|---|---|---|---|
| Leu | 289,791.36 | | | | | 289,791.36 |
| Horn | 220,626.00 | | | | | 220,626.00 |
| Harvell | 149,738.16 | | | | | 149,738.16 |
| Friedman | 144,448.32 | | | | | 144,448.32 |
| Bonsor | 129,270.00 | | | | | 129,270.00 |
| Total | 933,873.84 | - | - | | - | 933,873.84 |

| Estimate | 2013 Salary | 2013 Dividend | 2013 Bonus | 2013 Exp Reimburse | 2013 Deferred Comp | 2013 |
|---|---|---|---|---|---|---|
| Leu | 289,791.36 | | | | | 289,791.36 |
| Horn | 220,626.00 | | | | | 220,626.00 |
| Harvell | 154,979.00 | | | | | 154,979.00 |
| Friedman | 149,504.01 | | | | | 149,504.01 |
| Bonsor | 133,794.45 | | | | | 133,794.45 |
| Total | 948,694.82 | - | - | | - | 948,694.82 |

| Estimate | 2014 Salary | 2014 Dividend | 2014 Bonus | 2014 Exp Reimburse | 2014 Deferred Comp | 2014 |
|---|---|---|---|---|---|---|
| Leu | 289,791.36 | | | 28,206.80 | | 317,998.16 |
| Horn | 220,626.00 | | | 27,595.19 | | 248,221.19 |
| Harvell | 158,853.52 | | | 7,171.16 | | 166,024.68 |
| Friedman | 153,241.52 | | | 8,244.82 | | 161,486.34 |
| Bonsor | 137,139.34 | | | 4,385.83 | | 141,525.17 |
| Total | 959,651.74 | - | - | 75,603.80 | - | 1,035,255.54 |

| ADP/ Insp Dec | 2015 Salary | 2015 Dividend | 2015 Bonus | 2015 Exp Reimburse | 2015 Deferred Comp | 2015 |
|---|---|---|---|---|---|---|
| Leu | 212,789.36 | | | 14,567.57 | | 227,356.93 |
| Horn | 265,796.33 | | | 14,763.25 | | 280,559.58 |
| Harvell | 171,576.02 | | | 3,119.97 | | 174,695.99 |
| Friedman | 167,881.83 | | | 9,619.51 | | 177,501.34 |
| Bonsor | 166,344.27 | | | 31,881.20 | | 198,225.47 |
| Total | 984,387.81 | - | - | 73,951.50 | - | 1,058,339.31 |

| Insperity | 2016 Salary | 2016 Dividend | 2016 Bonus | 2016 Exp Reimburse | 2016 Deferred Comp | 2016 |
|---|---|---|---|---|---|---|
| Leu | 132,558.66 | | | 3,720.38 | | 136,279.04 |
| Horn | 264,406.49 | | | 12,892.19 | | 277,298.68 |
| Harvell | 172,990.04 | | | 5,439.56 | | 178,429.60 |
| Friedman | 167,275.80 | | | 4,841.28 | | 172,117.08 |
| Bonsor | 153,415.05 | | | 26,046.49 | | 179,461.54 |
| Total | 890,646.04 | - | - | 52,939.90 | - | 943,585.94 |

| | 2017 Salary | 2017 Dividend | 2017 Bonus | 2017 Exp Reimburse | 2017 Deferred Comp | 2017 |
|---|---|---|---|---|---|---|
| Leu | 132,604.16 | | | 2,677.28 | | 135,281.44 |
| Horn | 265,413.83 | | | 14,671.17 | 80,000.00 | 360,085.00 |
| Harvell | 175,086.30 | | | 2,648.69 | | 177,734.99 |
| Friedman | 169,279.63 | | | 6,109.00 | 20,000.00 | 195,388.63 |
| Bonsor | 156,431.10 | | | 31,657.34 | | 188,088.44 |
| Total | 898,815.02 | - | - | 57,763.48 | 100,000.00 | 1,056,578.50 |

| | 2018 Salary | 2018 Dividend | 2018 Bonus | 2018 Exp Reimburse | 2018 Deferred Comp | 2018 |
|---|---|---|---|---|---|---|
| Leu | 135,104.16 | 1,301,800.00 | | 6,345.51 | | 1,443,249.67 |
| Horn | 265,283.69 | 1,281,400.00 | 62,500.00 | 21,600.51 | 120,000.00 | 1,750,784.20 |
| Harvell | 183,793.60 | 341,400.00 | 12,500.00 | 721.43 | | 538,415.03 |
| Friedman | 178,049.06 | 341,400.00 | 42,500.00 | 5,668.50 | | 567,617.56 |
| Bonsor | 175,835.04 | 284,000.00 | 12,500.00 | 28,112.22 | | 500,447.26 |
| Total | 938,065.55 | 3,550,000.00 | 130,000.00 | 62,448.17 | 120,000.00 | 4,800,513.72 |

| | 2019 Salary | 2019 Dividend | 2019 Bonus | 2019 Exp Reimburse | 2019 Consult | 2019 |
|---|---|---|---|---|---|---|
| Leu | | | | 113.06 | 39,999.96 | 40,113.02 |
| Horn | 265,283.71 | | | 55,235.82 | | 320,519.53 |
| Harvell | 187,316.38 | | | 482.13 | | 187,798.51 |
| Friedman | 181,429.46 | | | 7,345.43 | | 188,774.89 |
| Bonsor | 176,599.92 | | | 35,708.76 | | 212,308.68 |
| Total | 810,629.47 | - | - | 98,885.20 | 39,999.96 | 949,514.63 |

| | 2020 Salary | 2020 Dividend | 2020 Bonus | 2020 Exp Reimburse | 2020 Consult | 2020 |
|---|---|---|---|---|---|---|
| Leu | | 550,800.00 | | | 124,582.63 | 675,382.63 |
| Horn | 350,283.55 | 537,600.00 | | 10,161.24 | | 898,044.79 |
| Harvell | 237,651.40 | 145,500.00 | | 423.88 | | 383,575.28 |
| Friedman | 231,770.83 | 145,500.00 | | 451.36 | | 377,722.19 |
| Bonsor | 229,199.52 | 120,750.00 | | 4,327.91 | | 354,277.43 |
| Total | 1,048,905.30 | 1,500,150.00 | - | 15,364.39 | 124,582.63 | 2,689,002.32 |

| | 2021 Salary | 2021 Dividend | 2021 Bonus | 2021 Exp Reimburse | 2021 Consult | 2021 |
|---|---|---|---|---|---|---|
| Leu | | | | | 45,000.00 | 45,000.00 |
| Horn | 270,283.63 | | | 5,900.00 | | 276,183.63 |
| Harvell | 190,360.91 | | | 1,500.00 | | 191,860.91 |
| Friedman | 184,960.78 | | | | | 184,960.78 |
| Bonsor | 182,630.64 | | | 3,307.76 | | 185,938.40 |
| Total | 828,235.96 | - | - | 10,707.76 | 45,000.00 | 883,943.72 |

| | 2022 Salary | 2022 Dividend | 2022 Bonus | 2022 Exp Reimburse | 2022 Consult | 2022 |
|---|---|---|---|---|---|---|
| Leu | | | 50,000.00 | 23,790.96 | 45,000.00 | 118,790.96 |
| Horn | 277,504.68 | - | 50,000.00 | 31,792.23 | | 359,296.91 |
| Harvell | 194,911.69 | - | 50,000.00 | 6,152.00 | | 251,063.69 |
| Friedman | 189,363.79 | - | 50,000.00 | 6,817.65 | | 246,181.44 |
| Bonsor | 193,132.80 | - | 50,000.00 | 11,254.50 | | 254,387.30 |
| Total | 854,912.96 | - | 250,000.00 | 79,807.34 | 45,000.00 | 1,229,720.30 |

| | 2023 Salary | 2023 Dividend | 2023 Bonus | 2023 Exp Reimburse | 2023 Consult | 2023 |
|---|---|---|---|---|---|---|
| Leu | | | | 2,433.80 | 93,750.03 | 96,183.83 |
| Horn | 312,504.60 | | | 18,425.03 | | 330,929.63 |
| Harvell | 192,856.74 | | | 642.92 | | 193,499.66 |
| Friedman | 223,906.35 | | | 6,930.12 | | 230,836.47 |
| Bonsor | 228,132.72 | | | 8,584.83 | | 236,717.55 |
| Total | 957,400.41 | - | - | 37,016.70 | 93,750.03 | 1,088,167.14 |

| Thru 3/15 | 2024 Salary | 2024 Dividend | 2024 Bonus | 2024 Exp Reimburse | 2024 Consult | 2024 |
|---|---|---|---|---|---|---|
| Leu | - | - | | | - | - |
| Horn | 65,860.75 | - | | | | 65,860.75 |
| Harvell | 40,670.10 | - | | | | 40,670.10 |
| Friedman | 47,370.55 | - | | | | 47,370.55 |
| Bonsor | 48,676.30 | - | | 5,285.70 | - | 53,962.00 |
| Total | 202,577.70 | - | - | 5,285.70 | - | 207,863.40 |