# EXHIBIT C

**ResNovae Holdings**
**Consolidated Balance Sheet**
$ in 000's

| | Actual 2023 | Actual 2022 | Actual 2021 | Actual 2020 | Actual 2019 | Actual 2018 | Actual 2017 | Actual 2016 | Actual 2015 | Actual 2014 | Actual 2013 | Actual 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ 3,701 | $ 6,078 | $ 6,512 | $ 7,016 | $ 9,846 | $ 9,918 | $ 4,895 | $ 6,247 | $ 9,063 | $ 11,540 | $ 3,977 | $ 6,647 |
| Restricted Cash | 782 | 712 | 692 | 692 | 2,045 | 1,995 | 1,960 | 1,940 | 1,920 | 2,600 | 2,600 | 2,644 |
| Accounts Receivable | 1,635 | 1,027 | 3,122 | 1,339 | 1,563 | 2,052 | 3,224 | 1,356 | 1,802 | 1,046 | 1,372 | 1,354 |
| Inventories | 5,517 | 5,994 | 5,546 | 6,383 | 4,198 | 3,522 | 2,668 | 3,025 | 3,369 | 3,030 | 4,588 | 4,684 |
| Prepaid Expenses & Other | 207 | 130 | 220 | 135 | 101 | 207 | 173 | 187 | 219 | 234 | 383 | 389 |
| Total Current Assets | 11,842 | 13,941 | 16,092 | 15,565 | 17,753 | 17,694 | 12,920 | 12,755 | 16,373 | 18,450 | 12,920 | 15,718 |
| **Property, Plant and Equipment:** | | | | | | | | | | | | |
| Property, Plant and Equipment, Cost | 1,177 | 1,177 | 1,177 | 1,177 | 1,681 | 1,681 | 1,681 | 1,681 | 2,400 | 3,281 | 3,198 | 26,613 |
| Accumulated Depreciation | (1,146) | (1,142) | (1,138) | (1,133) | (1,129) | (1,108) | (1,087) | (1,060) | (1,741) | (2,544) | (2,460) | (25,595) |
| Property, Plant and Equipment, Net | 31 | 35 | 39 | 44 | 552 | 573 | 594 | 621 | 659 | 737 | 738 | 1,018 |
| Investment in Wuhan | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | - | - |
| Intangibles, net | 57 | 80 | 117 | 150 | 115 | 180 | 300 | 420 | 578 | 737 | 1,067 | 1,780 |
| **Total Assets** | $ 12,255 | $ 14,381 | $ 16,573 | $ 16,084 | $ 18,745 | $ 18,772 | $ 14,139 | $ 14,121 | $ 17,935 | $ 20,249 | $ 14,725 | $ 18,516 |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | |
| Accounts Payable | 1,231 | 1,269 | 3,210 | 2,916 | 1,871 | 1,590 | 1,956 | 1,616 | 1,900 | 1,835 | 3,776 | 2,772 |
| Accrued Expenses | 521 | 1,373 | 1,152 | 1,226 | 1,337 | 1,558 | 1,748 | 1,375 | 2,326 | 3,655 | 2,640 | 3,606 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | 1,752 | 2,642 | 4,362 | 4,142 | 3,208 | 3,148 | 3,704 | 2,991 | 4,226 | 5,490 | 6,416 | 6,378 |
| **Noncurrent Liabilities** | 5,939 | 6,294 | 8,727 | 9,537 | 9,565 | 9,419 | 9,587 | 10,441 | 11,294 | 9,689 | 11,261 | 12,482 |
| **Total Stockholders' Equity** | 4,564 | 5,445 | 3,484 | 2,405 | 5,972 | 6,205 | 848 | 689 | 2,415 | 5,070 | (2,952) | (344) |
| **Total Liabilities and Stockholders' Equity** | $ 12,255 | $ 14,381 | $ 16,573 | $ 16,084 | $ 18,745 | $ 18,772 | $ 14,139 | $ 14,121 | $ 17,935 | $ 20,249 | $ 14,725 | $ 18,516 |

VEL00006614

**Resnovae Holdings**
**Consolidated Income Statement**
**$ in 000's**

| | Actual 2023 | Actual 2022 | Actual 2021 | Actual 2020 | Actual 2019 | Actual 2018 | Actual 2017 | Actual 2016 | Actual 2015 | Actual 2014 | Actual 2013 | Jul-Dec Actual 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Volumes** | | | | | | | | | | | | |
| Hex | 473 | 590 | 457 | 368 | 378 | 495 | 405 | 894 | 2,048 | 2,268 | 2,267 | 941 |
| Chlorendic | 2,373 | 2,343 | 3,190 | 2,418 | 2,689 | 3,150 | 3,360 | 2,482 | 3,058 | 2,657 | 2,955 | 1,150 |
| Benzoic Acid | 2,302 | 1,247 | 5,773 | 2,283 | 2,227 | 684 | 1,348 | 1,085 | 351 | 33 | - | - |
| Velsiflex | 1,252 | 1,384 | 1,619 | 2,165 | 1,734 | 2,018 | 2,073 | 1,524 | 2,154 | 297 | 888 | 141 |
| | | | | | | | | | | | | |
| **Gross Sales** | 14,051 | 14,266 | 18,879 | 12,679 | 13,492 | 16,580 | 15,857 | 11,499 | 15,929 | 12,041 | 13,819 | 5,079 |
| Sales Deductions | 674 | 847 | 2,235 | 763 | 640 | 395 | 556 | 486 | 606 | 199 | 242 | 80 |
| **Net Sales** | 13,377 | 13,419 | 16,644 | 11,916 | 12,852 | 16,185 | 15,301 | 11,013 | 15,323 | 11,842 | 13,577 | 4,999 |
| Standard Cost | 10,248 | 10,356 | 12,791 | 8,821 | 9,546 | 11,545 | 11,300 | 8,678 | 12,746 | 9,087 | 10,558 | 3,714 |
| Standard Margin | 3,129 | 3,063 | 3,853 | 3,095 | 3,306 | 4,640 | 4,001 | 2,335 | 2,577 | 2,755 | 3,019 | 1,285 |
| Standard Margin % | 23% | 23% | 23% | 26% | 26% | 29% | 26% | 21% | 17% | 23% | 22% | 26% |
| Variance (Fav) Unf | (45) | 4 | (2) | - | 45 | 54 | (7) | 420 | (18) | 67 | 358 | 330 |
| Cost of Sales | 10,203 | 10,360 | 12,789 | 8,821 | 9,591 | 11,599 | 11,293 | 9,098 | 12,728 | 9,154 | 10,916 | 4,044 |
| **Gross Margin** | 3,174 | 3,059 | 3,855 | 3,095 | 3,261 | 4,586 | 4,008 | 1,915 | 2,595 | 2,688 | 2,661 | 955 |
| Gross Margin % | 24% | 23% | 23% | 26% | 25% | 28% | 26% | 17% | 17% | 23% | 20% | 19% |
| SG&A Expenses | $ 4,765 | $ 2,863 | $ 3,107 | $ 4,312 | $ 3,648 | $ 4,111 | $ 2,868 | $ 2,728 | $ 3,164 | $ 3,691 | $ 4,465 | $ 1,802 |
| **Operating Profit** | (1,591) | 196 | 748 | (1,217) | (387) | 475 | 1,140 | (813) | (569) | (1,003) | (1,804) | (847) |
| Other (Income) Expense | (477) | (2,135) | 266 | 1,091 | 1,193 | (8,926) | 1,573 | 1,115 | 471 | (9,038) | 492 | 721 |
| Investment (Gains) Losses | (184) | 400 | (396) | (529) | (1,508) | 219 | (328) | (264) | 4 | - | - | - |
| Other (Income) Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| **EBIT** | (930) | 1,931 | 878 | (1,779) | (72) | 9,182 | (105) | (1,664) | (1,044) | 8,035 | (2,296) | (1,568) |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pretax income** | (930) | 1,931 | 878 | (1,779) | (72) | 9,182 | (105) | (1,664) | (1,044) | 8,035 | (2,296) | (1,568) |
| Tax Provision | - | - | - | - | - | - | - | - | (444) | 517 | - | - |
| **Net Income** | (930) | 1,931 | 878 | (1,779) | (72) | 9,182 | (105) | (1,664) | (600) | 7,518 | (2,296) | (1,568) |

VEL00006615

**ResNovae Holdings**
**Consolidated Statement of Cash Flows**
$ in 000's

| | Actual 2023 | Actual 2022 | Actual 2021 | Actual 2020 | Actual 2019 | Actual 2018 | Actual 2017 | Actual 2016 | Actual 2015 | Actual 2014 | Actual 2013 | Jul-Dec Actual 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | | | | | | |
| Net Income | $ (930) | $ 1,931 | $ 878 | $ (1,779) | $ (72) | $ 9,182 | $ (105) | $ (1,664) | $ (600) | $ 7,518 | $ (2,296) | $ (1,568) |
| Depreciation and Amortization | 28 | 28 | 29 | 56 | 139 | 150 | 157 | 169 | 209 | 355 | 452 | 234 |
| Gain/(Loss) on Sale of Fixed Assets | - | - | - | 504 | - | - | - | - | - | - | 124 | - |
| Capital Investment | - | - | - | - | - | - | - | - | - | (83) | - | - |
| Changes in Working Capital- | | | | | | | | | | | | |
| Accounts Receivable | (608) | 2,095 | (1,783) | 224 | 488 | 1,172 | (1,868) | 446 | (756) | 535 | (18) | 474 |
| Inventories | 477 | (448) | 837 | (2,185) | (676) | (854) | 357 | 344 | (339) | 1,558 | 96 | (1,894) |
| Prepaids | (77) | 90 | (85) | (126) | 46 | (40) | 14 | 32 | 15 | (7) | 6 | (116) |
| Accounts Payable | (39) | (1,941) | 294 | 1,045 | 281 | (366) | 342 | (285) | 66 | (1,941) | 1,003 | 770 |
| Accrued Expenses | 19 | 221 | (74) | (21) | 28 | (35) | 48 | (2) | (1,329) | 1,015 | (921) | (493) |
| Other | (1) | - | - | - | - | 1 | - | - | - | - | - | - |
| Cash From Operating Activities | (1,131) | 1,976 | 96 | (2,282) | 234 | 9,210 | (1,055) | (960) | (2,734) | 8,950 | (1,554) | (2,593) |
| **Cash Flows From Long-Term Activities:** | | | | | | | | | | | | |
| Cancel LOC | - | - | - | 1,378 | - | - | - | - | 680 | - | - | - |
| Other LT Assets & Liabilities | (1,118) | (2,360) | (609) | (432) | (187) | (598) | (266) | (1,864) | (426) | (1,050) | (1,109) | (2,417) |
| Investment in uhan | - | - | - | - | - | - | - | - | - | (325) | - | - |
| Other | (51) | 13 | 9 | 6 | (50) | (39) | (31) | 8 | 3 | (12) | (7) | 9 |
| Cash From Long-Term Activities | (1,169) | (2,347) | (600) | 952 | (237) | (637) | (297) | (1,856) | 257 | (1,387) | (1,116) | (2,408) |
| **Cash Flows From Financing Activities:** | | | | | | | | | | | | |
| Shareholders Dividend | (7) | (63) | - | (1,500) | (69) | (3,550) | - | - | - | - | - | - |
| Other | (70) | - | - | - | - | - | - | - | - | - | - | 8 |
| Cash From Financing Activities | (77) | (63) | - | (1,500) | (69) | (3,550) | - | - | - | - | - | 8 |
| **Total Increase(Decrease) in Cash** | (2,377) | (434) | (504) | (2,830) | (72) | 5,023 | (1,352) | (2,816) | (2,477) | 7,563 | (2,670) | (4,993) |
| Cash Beginning of Period | 6,078 | 6,512 | 7,016 | 9,846 | 9,918 | 4,895 | 6,247 | 9,063 | 11,540 | 3,977 | 6,647 | 11,640 |
| Cash End of Period | $ 3,701 | $ 6,078 | $ 6,512 | $ 7,016 | $ 9,846 | $ 9,918 | $ 4,895 | $ 6,247 | $ 9,063 | $ 11,540 | $ 3,977 | $ 6,647 |

VEL00006616