UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VELSICOL CHEMICAL LLC, et al. | ) | Case No 23-12544 |
| | ) | |
| Debtors.[1] | ) | Honorable David D Cleary |
| | ) | |
| | ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF DAVID L. RIESER
IN SUPPORT OF THE DEBTORS' APPLICATION TO EMPLOY
K&L GATES, LLP AS SPECIAL ENVIRONMENTAL COUNSEL**

I, David L. Rieser, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney of the firm of K&L Gates LLP ("K&L Gates" or the "Firm"), an international law firm, which maintains officers for the practice of law at, among other locations, 70 West Madison Street, Suite 3300, Chicago, Illinois 60602. I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in the same. There are no disciplinary proceedings pending against me.

2. I am competent to make this Supplemental Declaration in support of the *Debtors' Application to Employ K&L Gates, LLP as Special Environmental Counsel* (the "Application"),[2] filed July 24, 2024 [Dkt. No. 162].

3. K&L Gates offers this Supplemental Declaration consistent with the continuing disclosure requirements in Bankruptcy Rule 2014.

---

[1] The Debtors in these Cases are Velsicol Chemical, LLC, Velsicol Chemical Holdings Corporation, and Resnovae Holdings Corp.

[2] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Application.

4.      K&L Gates offers a Supplement to Annex 3 of Exhibit A to the Application, attached as <u>Exhibit A</u> hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 24, 2025
      Chicago, IL

/s/
David L. Rieser

## Exhibit A

### Supplement to Annex 3 to Exhibit A

| Name Searched | Relationship to Bankruptcy | Firm Clients | Client Status | Nature of the Representation |
|---|---|---|---|---|
| CT Corporation | Trade | Wolters Kluwer, N.V. | Active | Representation in matters unrelated to the Bankruptcy |
| FedEx Freight Inc. | Trade | FedEx Ground Package System, Inc.; FedEx Freight, Inc.; Federal Express Corporation; FedEx Corporation; Federal Express European Services (a/k/a FedEx Express (EMEA)); TNT Management (E.C.) Bahrain; FedEx Express Belgium International BV; FedEx Express FR | Active | Representation in matters unrelated to the Bankruptcy |
| LNRS Data Services, Inc. | Trade | LNRS Data Services Pte Ltd | Active | Representation in matters unrelated to the Bankruptcy |
| Reed Business Information Inc. | Trade | LNRS Data Services Pte Ltd | Active | Representation in matters unrelated to the Bankruptcy |
| UPS | Trade | UPS Europe; UPS Industrial Services, LLC | Active | Representation in matters unrelated to the Bankruptcy |