UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-12544
VELSICOL CHEMICAL LLC, et al ) (Jointly Administered)
) Chapter: 11
Debtors. ) Honorable David D. Cleary
)
)
Debtor(s) )

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF K&L GATES, LLP AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 12, 2024 THROUGH NOVEMBER 30, 2024**

Upon consideration of the First Interim Application of K&L Gates, LLP ("KLG") as special environmental counsel to the Debtors and Debtors In Possession in the above-captioned chapter 11 cases, for compensation for services rendered and reimbursement of expenses for the period from June 12, 2024 through November 30, 2024 (the "First Interim Fee Application") in the above-captioned chapter 11 cases, KLG having requested $86,891.00 for professional services rendered and $0.00 as reimbursement for actual and necessary expenses incurred during the Fee Application Period (as defined in the First Interim Fee Application) on an interim basis; and it appearing to the Court that the amounts requested in the First Interim Fee Application are reasonable; the Court further finding that the services rendered and expenses incurred by KLG, as described in the First Interim Fee Application, were actual and necessary to the administration of, and actually benefited, the Debtors' bankruptcy estates; and it appearing that notice of this First Interim Fee Application and opportunity for a hearing on this First Interim Fee Application was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The First interim Application is granted as set forth herein.

2. The Court allows KLG on an interim basis, $86,891.00 as compensation for services rendered, and $0.00 as reimbursement for actual and necessary expenses incurred during the Fee Application Period, as chapter 11 administrative expenses of the Debtors' estates under §§ 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Debtors are authorized to pay KLG all fees and expenses allowed by this Order.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order.

Enter:  *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  April 02, 2025

**Prepared by:**

Jeffrey M. Schwartz (#6209982)
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 521-2000
Facsimile: (312) 521-3000
jschwartz@muchlaw.com

Counsel for the Debtors